UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK GARLAND, et al.,<br><br>    Defendants. | Case No. 21-cv-06533-LB<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 1 |

    John Doe, a citizen of Guatemala, is in the custody of the U.S. Immigration and Customs Enforcement (ICE).[1] He filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his detention. *See* 28 U.S.C. § 2243.

    The court may entertain a petition for writ of habeas corpus under 28 U.S.C. § 2241 to review a bond hearing determination for constitutional claims and legal error. *Singh v. Holder*, 638 F.3d 1196, 1200–01 (9th Cir. 2011). "[A]lthough the Attorney General's discretionary judgment . . . shall not be subject to review, claims that the discretionary process itself was constitutionally flawed are cognizable. . . ." *Id*. at 1202. Because the petitioner claims his bond denial was legally erroneous and unconstitutional, this court has jurisdiction. A district court must "award the writ or

---

[1] Pet. – ECF No. 1. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 21-cv-06533-LB

issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

Upon review of the petition, and given the parties' stipulation to a briefing schedule, the respondents must file their return by September 15, 2021, the petitioner will file his traverse to the return by September 27, 2021, and the court will hold a hearing on October 14, 2021 at 9:30 a.m. The court currently has a trial that week, and the time of the hearing may change to 2:30 p.m.

The court asks the petitioner to lodge a chambers copy of the petition and exhibits by regular mail. If there are exhibits to the traverse, under the local rules, the petitioner must lodge a chambers copy of the traverse and exhibits the next business day after filing. If there are no exhibits, the court can forego the chambers copy of the traverse.

**IT IS SO ORDERED.**

Dated: August 27, 2021

_____
LAUREL BEELER
United States Magistrate Judge